```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

 SANTIAGO ANZURES, et al.,

                      Plaintiffs,              MEMORANDUM & ORDER
                                               22-CV-2798(EK)(JRC)
             -against-

 MAREDIN REST. CORP. d/b/a T-BONE
 DINER and PETER PLEVRITIS, an
 individual,

                      Defendants.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Cho's Report and Recommendation (R&R) dated January 24, 2024. ECF No. 30. Judge Cho recommends (1) granting plaintiffs' motion for default judgment against defendants, jointly and severally, and entering judgment against defendants Maredin Rest. Corp. d/b/a T-Bone Diner and Peter Plevritis; (2) awarding each individual plaintiff damages comprised of unpaid regular wages, minimum wages, overtime wages, spread of hours wages (if applicable), liquidated damages, and statutory damages; and (3) awarding plaintiffs post-judgment interest. Neither party has filed objections and the time to do so has expired. Accordingly, the Court reviews Judge Cho's recommendation for clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord State Farm Mut. Auto.*

*Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013). Having reviewed the record, I find no error and therefore adopt the R&R in its entirety. Thus, plaintiffs' motion for default judgment against defendants, jointly and severally, is granted, and each individual plaintiff is awarded damages in the following amounts: $173,251.53 for Santiago Anzures; $484,324.40 for Alfredo Sanchez Quirino; and $448,202.88 for Eleazar Mendez Barranco. Plaintiffs are additionally awarded post-judgment interest at the statutory rate. The Clerk of Court is respectfully directed to enter judgment against defendants Maredin Rest. Corp. d/b/a T-Bone Diner and Peter Plevritis.

SO ORDERED.

                                                           /s/ Eric Komitee  
                                                         ERIC KOMITEE  
                                                         United States District Judge

Dated:    April 1, 2024  
            Brooklyn, New York