UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SANTIAGO ANZURES, et al.,

                Plaintiffs,                JUDGMENT
v.                              22-CV-2798(EK)(JRC)

MAREDIN REST. CORP. d/b/a T-BONE
DINER and PETER PLEVRITIS, an individual,

                Defendants.
----------------------------------------------------------------X

      A Memorandum and Order of the Honorable Eric Komitee, United States District Judge, having been filed on April 1 2024, adopting the Report and Recommendation of then Magistrate James R. Cho, dated January 24, 2024, granting plaintiffs' motion for default judgment against defendants, jointly and severally; awarding plaintiffs the following amounts: $173,251.53 for Santiago Anzures; $484,324.40 for Alfredo Sanchez Quirino; and $448,202.88 for Eleazar Mendez Barranco; awarding Plaintiffs post-judgment interest at the statutory rate; it is

      ORDERED and ADJUDGED that plaintiffs' motion for default judgment is granted; that judgment is hereby entered in favor of plaintiffs and against defendants, jointly and severally, in the total amount of $1,105,778.81 ($173,251.53 for Santiago Anzures; $484,324.40 for Alfredo Sanchez Quirino; and $448,202.88 for Eleazar Mendez Barranco) plus post-judgment interest at the statutory rate.

Dated: Brooklyn, New York
       April 3, 2024

                                                            Brenna B. Mahoney
                                                            Clerk of Court

                                         By:    */s/Jalitza Poveda*
                                                        Deputy Clerk